**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **S.S. DOE, S.H.A. DOE, R.H. DOE, and S.G. DOE,** ) ) ) ) | |
| **Plaintiffs** ) ) ) | |
| **v.** ) ) ) | **Case No. 26-cv-11884-DJC** |
| **MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, and JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services,** ) ) ) ) ) ) | |
| **Defendants.** ) ) | |

**ORDER**

**CASPER, C.J.**                                                              **June 9, 2026**

Plaintiffs S.S. Doe, S.H.A. Doe, R.H. Doe and S.G. Doe (collectively, "Plaintiffs") have filed this lawsuit against Defendants Markwayne Mullin, Secretary of the United States Department of Homeland Security, and Joseph Edlow, Director of United States Citizenship and Immigration Services ("USCIS"), asserting claims for violations of the Administrative Procedure Act, 5 U.S.C. §§ 500-596, 701-706 ("APA") (Counts I to IV), and the Fifth Amendment (Count VI), and seeking various relief including a writ of mandamus (Count V). D. 1. On June 5, 2026, in Dorcas International Institute of Rhode Island v. USCIS, __ F. Supp. 3d __, 2026 WL 1622708 (D.R.I. June 5, 2026), the court vacated the USCIS policies that Plaintiffs challenge in this case. See Dorcas, __ F. Supp. 3d __, 2026 WL 1622708, at *8-9, *54. At today's previously scheduled hearing on Plaintiffs' motion for injunctive relief in this matter, D. 5, the parties represented that

1

they were in preliminary agreement that the vacatur in <u>Dorcas</u> has preclusive effect as to the four Plaintiffs before this Court.

In light of the parties' positions and the Court's review of <u>Dorcas</u>, and as discussed with the parties at the motion hearing, the Court ORDERS the government to file a status report by no later than June 16, 2026, regarding the status of the adjudication of each Plaintiff's pending immigration benefits applications. Accordingly, the Court reserves ruling on Plaintiffs' motion for injunctive relief, D. 5.

**So Ordered.**

/s Denise J. Casper
Chief United States District Judge