**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

S.S. DOE; S.H.A. DOE; R.H. DOE; and
S.G. DOE,

Plaintiffs,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

Civil Action No.
1:26-cv-11884-DJC

**JOINT STATUS REPORT**

1. Pursuant to the Court's June 24, 2026 Order, Plaintiffs and Defendants jointly submit this status report.[1]

2. The parties have conferred and are working to resolve or narrow the outstanding issues concerning the individual immigration-benefit applications at issue in this action.

3. To allow those efforts to continue, the parties agree that the case may be stayed for six weeks. The parties respectfully request a stay through September 4, 2026, and agree to file a further joint status report by that date advising whether the issues have been resolved or narrowed and, if necessary, proposing further proceedings.

---

[1] This report was due on July 23, 2026. Due to the press of other matters, the parties were unable to complete it until July 24, 2026. The parties respectfully request that the Court extend the filing deadline nunc pro tunc through July 24, 2026, and accept this report as timely filed.

1

Dated: July 24, 2026

Respectfully submitted,
**PLAINTIFFS,**
By their attorney,

/s/ Carl Hurvich
Carl Hurvich (BBO # 698179)
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
(617) 245-8090
Carl@brookslawfirm.com
Attorney for Plaintiffs

Respectfully submitted,
**DEFENDANTS,**
By their attorney,
LEAH B. FOLEY
United States Attorney

By: /s/ Eve A. Piemonte
Eve A. Piemonte
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3369
Eve.Piemonte@usdoj.gov
Attorney for Defendants